IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EARNEST JAMES PARKER,      )
# 298453,                  )
                           )
            Petitioner,    )
                           )
      v.                   )      CASE NO.  2:16-CV-663-WKW
                           )
MICHAEL STRICKLAND, *et al.*, )
                           )
            Respondents.   )

## ORDER

On August 22, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 2.)  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 2) is ADOPTED and that this action is TRANSFERRED to the Southern District of Alabama pursuant to 28 U.S.C. § 2241(d).

DONE this 16th day of September, 2016.

_____/s/ W. Keith Watkins_____
CHIEF UNITED STATES DISTRICT JUDGE